

# Case Assignment
# Standard Criminal Assignment

Case number **3:22CR-85-CRS**

Assigned : Senior Judge Charles R. Simpson III
Judge Code : 4411

Assigned on 8/3/2022 3:38:38 PM
Transaction ID: 69150

[Request New Judge]  [Return]