**FILED**
JAMES J. VILT, JR. - CLERK

AUG - 3 2022

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# AT LOUISVILLE

**UNITED STATES OF AMERICA**                                    **PLAINTIFF**

v.                                            CRIMINAL NO. 3:22-CR-85-CRS

**JOSHUA JAYNES AND KYLE MEANY**                                **DEFENDANT**

## NOTICE OF ENTRY OF APPEARANCE

Assistant U.S. Attorney Zachary Dembo hereby enters his appearance of record on behalf of the United States of America.

Respectfully submitted,

KRISTEN CLARKE
Assistant Attorney General

By: _/s/ Zachary Dembo_
Zachary Dembo
Assistant United States Attorney
260 W. Vine Street, Suite 300
Lexington, Kentucky 40507-1612
(859) 233-2661
Zachary.dembo@usdoj.gov
Authority Conferred by 28 U.S.C. § 515

Case 3:22-cr-00085-CRS   Document 3   Filed 08/03/22   Page 1 of 1 PageID #: 11