

**FILED**
JAMES J. VILT, JR. - CLERK

AUG - 3 2022

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**

**UNITED STATES OF AMERICA**                                  **PLAINTIFF**

**v.**                                   **CRIMINAL NO.**   3:22-CR-85-CRS

**JOSHUA JAYNES AND KYLE MEANY**                      **DEFENDANT**

<u>**NOTICE OF ENTRY OF APPEARANCE**</u>

Trial Attorney Michael J. Songer hereby enters his appearance of record on behalf of the

United States of America.

Respectfully submitted,

KRISTEN CLARKE
Assistant Attorney General

Michael J. Songer
Trial Attorney
Criminal Section
Civil Rights Division
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530
(202) 305-1762
Michael.Songer@usdoj.gov
Authority Conferred by 28 U.S.C. § 515