FILED
JAMES J. VILT, JR. - CLERK

AUG - 3 2022

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                    PLAINTIFF

v.                      CRIMINAL NO. 3:22-CR-85-CRS

JOSHUA JAYNES AND KYLE MEANY              DEFENDANT

## NOTICE OF ENTRY OF APPEARANCE

Trial Attorney Anna Gotfryd hereby enters her appearance of record on behalf of the United States of America.

Respectfully submitted,

KRISTEN CLARKE
Assistant Attorney General

Anna Gotfryd
Trial Attorney
Criminal Section
Civil Rights Division
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530
(202) 616-3972
Anna.Gotfryd@usdoj.gov
Authority Conferred by 28 U.S.C. § 515