**FILED**
JAMES J. VILT, JR. - CLERK

AUG - 3 2022

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                           PLAINTIFF

vs.                                        CRIMINAL ACTION NO. 3:22-CR-85-CRS

JOSHUA JAYNES AND KYLE MEANY                                    DEFENDANTS

## MOTION TO SEAL INDICTMENT

Comes the United States of America, by counsel, Michael J. Songer and Anna Gotfryd, Trial Attorneys, United States Department of Justice, Civil Rights Division, and moves the Court pursuant to Rule 6(e), Federal Rules of Criminal Procedure, to order and direct that the indictment returned by the Federal Grand Jury charging the above-named defendants with violations of Title 18, United States Code, Sections 242, 371, 1001, and 1519, be kept secret until the two defendants are in custody, or have given bail, or the warrants for their arrests are returned unexecuted, and to further order that, until both defendants are in custody, or have given bail, or the warrants for their arrests are returned unexecuted, no person disclose the return of the indictment, or any warrant or order issued pursuant thereto, except as necessary for the issuance and execution of warrants for the arrest of the defendants.

Respectfully submitted,

KRISTEN CLARKE
ASSISTANT ATTORNEY GENERAL
CIVIL RIGHTS DIVISION

MICHAEL J. SONGER
ANNA GOTFRYD

TRIAL ATTORNEYS
CIVIL RIGHTS DIVISION

*/s/ Michael J. Songer*

Trial Attorney Michael J. Songer

ATTORNEYS FOR THE UNITED
STATES, ACTING UNDER AUTHORITY
CONFERRED BY 28 U.S.C. § 515