UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA							PLAINTIFF

vs.								CRIMINAL ACTION NO. 3:22-CR-85-CRS

JOSHUA JAYNES AND KYLE MEANY,						DEFENDANTS

## ORDER

The indictment returned by the Federal Grand Jury charging the above-named defendants with violations of Title 18, United States Code, Sections 242, 371, 1001, 1519, is hereby ORDERED to be kept secret until both defendants are in custody. At that time, the indictment shall be unsealed. Prior to that time, ~~or have given bail, or the warrant for their arrest have been returned unexecuted, and~~ no person shall disclose the return of this indictment or any warrant or order issued pursuant thereto, except as necessary for the issuance and execution of warrants for the arrests of the defendants.

This __3rd__ day of __August__, 20__22__.

_____
United States Magistrate Judge

**ENTERED**
JAMES J. VILT, JR. - CLERK

AUG - 3 2022

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY