UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CRIMINAL ACTION NO.  3:22CR-85-CRS

**UNITED STATES OF AMERICA,**                                                                        Plaintiff,

v.

**JOSHUA JAYNES and KYLE MEANY**                                                          Defendants.

## ORDER

Before the Court is the United States' Motion for Permission for Limited Early Disclosure of Sealed Information (DN 12).  This motion is filed under seal.  The United States seeks permission to disclose the contents of the sealed indictment to both local law enforcement and to the family of the victim.  The United States does not provide a legal basis for their motion and instead argues that the interest of public safety warrants disclosure to local law enforcement to aid in the arrest of one of the indicted individuals.  As for disclosure to the victim's family, the United States indicates concern that the indictments will be publicly leaked preventing an opportunity to speak with the family and explain the charges before they are made available to the public at large.

Along with this motion, the United States also tendered a Motion to Seal the Indictment.  That motion was amended to allow the seal to be lifted upon the subjects of the indictment being taken into custody.  Given the request for seal and the amendment of the request to include lifting of the seal as soon as individual defendants are taken into custody, the undersigned finds that the request for early disclosure of sealed information is not well-taken.  Local law enforcement do not need to be told the substance of the sealed information to

help effectuate arrests or ensure public safety.  Likewise, the family of the victim may be informed as soon as the subjects of the indictment are taken into custody.

    Accordingly,

    IT IS HEREBY ORDERED that the motion (DN 12) is DENIED.

August 3, 2022

Regina S. Edwards, Magistrate Judge
United States District Court