UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                           PLAINTIFF

v.                                                            CRIMINAL ACTION NO. 3:22-CR-85-CRS

JOSHUA JAYNES
KYLE MEANY                                                         DEFENDANTS

**PRETRIAL ORDER**

The above-styled case came before the Court, by video, on August 4, 2022 to conduct an initial appearance and arraignment proceedings. There appeared Michael J. Songer, Zachary D. Dembo, and Anna Gotfryd, Assistant United States Attorneys. Defendant Joshua Jaynes appeared, in custody, with Brian Butler on behalf of Thomas E. Clay, retained counsel. Defendant Kyle Meany appeared, in custody, with Brian Butler, retained counsel. The proceedings were recorded by Becky Boyd, Official Court Reporter.

The defendants acknowledged their identity, were furnished with a copy of the Indictment and advised of the nature of the charges contained therein.

Through counsel, formality of arraignment was waived and the defendants entered a plea of **NOT GUILTY** to the charges contained therein.

The Court orally reminded the United States of its prosecutorial obligation under *Brady v. Maryland*, 373 U.S. 83 (1963), and the consequences of violating the same.

After discussion, and by agreement of counsel, **this matter is scheduled for trial by jury on October 11, 2022 at 9:30 a.m.**

Counsel shall, prior to the commencement of trial, furnish to the Court Reporter a list of premarked exhibits to be introduced during the trial. The United States shall retain custody of and be responsible for any weapons, firearms, ammunition, alleged drugs, chemicals, and drug paraphernalia

admitted as evidence during the trial. The United States shall also retain such custody during post-trial proceedings and appeal, if any.

Please note that depositions (in whole or in part) or other transcripts (of recorded conversations, chat text, other proceedings) read into the record are not reported by the Court Reporter unless directed to do so by the Court. Further, any recording or videotape utilized at a court proceeding is not reported by the Court Reporter. Counsel are responsible for filing in the record or as an exhibit such items for appeal purposes.

**All pretrial motions shall be filed thirty (30) days prior to trial, with responses due fifteen (15) days thereafter.**

**No later than thirty (30) days prior to trial, counsel shall file a concise pretrial memorandum containing the following:**

By the United States:

1. The statute(s) involved and elements of the offense(s), with authorities.

2. A statement of anticipated facts to be proven.

3. A statement of any evidentiary issues which it is reasonably believed will be raised at trial together with citations to the appropriate Federal Rules of Evidence and authorities in support of the position taken.

4. A statement of any known or reasonably anticipated potential trial problems, or other issues which may assist the Court in trying the case.

By the Defendant(s):

1. A statement of any evidentiary issues which it is reasonably believed will be raised at trial together with citations to the appropriate Federal Rules of Evidence and authorities in support of the position taken.

2. A statement of any known or reasonably anticipated potential trial problems, or other issues which may assist the Court in trying the case.

**No later than thirty (30) days prior to trial, counsel shall file:**

1. Proposed substantive and special jury instructions with citations to authorities. It is not necessary to submit standard general instructions. Additional requests at trial are to be kept to a minimum.

2. Proposed voir dire questions.

At the recommendation of the United States and by agreement of the parties,

**IT IS FURTHER ORDERED** that the defendants are released on unsecured bonds in the amount of $50,000.00 with conditions pending further order of the Court.

**IT IS SO ORDERED.**

Dated: August 4, 2022

**ENTERED BY ORDER OF THE COURT
REGINA S. EDWARDS
UNITED STATES MAGISTRATE JUDGE
JAMES J. VILT, JR., CLERK**
 By: /s/ *Ashley Henry*
  **Deputy Clerk**

Copies to:
United States Attorney
United States Probation
Counsel of Record

0130