UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CRIMINAL ACTION NO. 3:22-CR-00085-CRS

UNITED STATES OF AMERICA,                               PLAINTIFF

v.

JOSHUA JAYNES
KYLE MEANY,                                                      DEFENDANTS

## ORDER

Pursuant to the Due Process Protections Act, the Court confirms the United States' obligation to produce all exculpatory evidence to the defendant pursuant to *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny, and orders it to do so. Failing to do so in a timely manner may result in consequences, including, but not limited to, exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, or sanctions by the Court.

*Regina S. Edwards, Magistrate Judge*
United States District Court

August 4, 2022

cc: Counsel of record