UNITED STATES DISTRICT COURT
WESTERN DIVISION OF KENTUCKY
AT LOUISVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KYLE MEANY<br><br>Defendant. | Case No. 3:22-cr-85-CRS<br><br>*Electronically Filed* |

### UNOPPOSED MOTION TO DECLARE CASE COMPLEX

Defendant Kyle Meany, by counsel, respectfully requests that the Court designate this case as complex pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii). In support of this motion, the undersigned states as follows:

According to the United States' Motion for Protective Order, the government's initial discovery production in this case includes "approximately 65,000 documents and records, totaling more than 300,000 pages, as well as dozens of audio and video recordings and significant data from electronic devices, such as cell phones and GPS trackers." Given the sheer volume of discovery, it is "unreasonable to expect adequate preparation" for trial within the time limit established under the Speedy Trial Act. Moreover, the theory under which the United States is criminally prosecuting Mr. Meany for an alleged violation of civil rights is novel and involves complicated Fourth Amendment and police procedural questions. In sum, this case is complex.

Various periods of delay are excluded from calculating the date on which trial must commence. 18 U.S.C. § 3161(h). Specifically, "any period of delay resulting from a continuance granted by any judge" is excludable if it was granted on the basis "that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in

a speedy trial." 18 U.S.C. § 3161(h)(7)(A).  The factors a Court may consider in determining whether to grant such a continuance include whether a case is so "unusual or complex, due to the number of defendants, the nature of the prosecution, or the existence of novel questions of law or fact, that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established" by the Speedy Trial Act.  18 U.S.C. § 3161(h)(7)(B)(ii).

As such, Mr. Meany respectfully requests the Court declare the case complex, remand the trial date and schedule this matter for a status conference at the convenience of the Court and the parties.  United States does not object to this motion.

WHEREFORE, the undersigned respectfully requests that the Court declare this matter complex, remand the trial date and schedule a status conference at a time convenient for the Court and the parties.

/s/ Michael M. Denbow
Brian Butler
Michael M. Denbow
STITES & HARBISON PLLC
400 West Market Street
Suite 1800
Louisville, KY  40202-3352
Telephone:  (502) 587-3400
Email:  mdenbow@stites.com

*Counsel for Defendant, Kyle Meany*

## CERTIFICATE OF SERVICE

I hereby certify that on September 6, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all parties of record.

/s/ Michael M. Denbow
Counsel for Defendant, Kyle Meany